ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Gilbane, SMCC ECC, LLC | ) ASBCA Nos. 64102, 64108, 64135 |
| | ) 64136 |
| Under Contract Nos. N62742-19-D-1331 | ) |
| T.O. N62742-22-F-9936 | ) |

APPEARANCES FOR THE APPELLANT:        Douglas L. Patin, Esq.
                                       Lee-Ann C. Brown, Esq.
                                         Bradley Arant Boult Cummings LLP
                                         Washington, DC 20006

APPEARANCES FOR THE GOVERNMENT:        Allison M. McDade, Esq.
                                         Navy Chief Trial Attorney
                                       Jacquelyn C. Fiorello, Esq.
                                         Trial Attorney

                                       Marvin D. Rampey, Esq.
                                         OICC MCM Counsel
                                         Marine Corps Base, Camp Blaz

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 3, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64102, 64108, 64135, 64136, Appeals of Gilbane, SMCC ECC, LLC, rendered in conformance with the Board's Charter.

Dated:  June 3, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals